UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0843 AG (AJWxx) | Date | June 18, 2013 |
|---|---|---|---|
| Title | CINDY AGUILAR v. SEARS, ROEBUCK & CO., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Dwayne Roberts | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   [IN CHAMBERS] ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION

Plaintiff Cindy Aguilar ("Plaintiff") filed this employment-related lawsuit against Defendants Sears, Roebuck, and Company ("Sears"), Rodney Rosenthal, Benjamin Leroy, and Christina Coyne in Orange County Superior County. Sears removed this case to federal court, claiming diversity jurisdiction.

Diversity jurisdiction requires complete diversity of citizenship and an amount in controversy exceeding $75,000. 28 U.S.C. 1332(a). Sears has failed to show that there is diversity of citizenship between Plaintiff and Defendants Rosenthal, Leroy, and Coyne ("Individual Defendants"). Instead, Sears argues that the "allegations regarding [the Individual Defendants] are a sham and should be disregarded." (Notice of Removal, Dkt. No. 1, at 3.)

But Sears' Notice of Removal does not adequately show that the Individual Defendants are sham defendants. The Court thus ORDERS Sears to show cause in writing, within 14 days of this Order, why this action should not be remanded. Plaintiff may submit a response within seven days of Sears' filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-0843 AG (AJWxx) | Date | June 18, 2013 |
|---|---|---|---|
| Title | CINDY AGUILAR v. SEARS, ROEBUCK & CO., et al. | | |

| | : | 0 |
|---|---|---|
| Initials of Preparer | dr | |